UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON DAROSA,<br><br>            Petitioner,<br><br>    v.<br><br>F. FOULK,<br><br>            Respondent. | No.  2:  14-cv-2287 KJN P<br><br><br><br>ORDER |

      Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 11, 2016, the undersigned ordered the parties to file further briefing addressing petitioner's claim that the trial court erred in failing to disclose the identity of confidential informants.  (ECF No. 22.)

      In his further briefing, respondent refers to the in camera hearing the trial court held regarding the confidential informants.  (ECF No. 26 at 3.)  The transcript from this hearing is filed under seal and does not appear to be in this court's record.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2  order, respondent shall file the transcript from the in camera hearing referred to in the further
3  briefing; respondent may, if appropriate, request that this transcript be filed under seal in this
4  court.

Dated:  January 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Darosa.fb