UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON DAROSA, | No. 2:14-cv-2287 KJN P |
| Petitioner, | |
| v. | ORDER |
| F. FOULK, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On February 27, 2017, respondent filed a request to seal. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request to seal document (ECF No. 30) is granted; and

2. The Clerk of the Court shall file reporter's transcript, pages 49-54, under seal.

Dated:  March 2, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/daro2287.sea

1